IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENERAL MOTORS LLC, | Case No.: 8:22-cv-157 |
| Plaintiff, | |
| vs. | **DEFENDANT WOODHOUSE AUTO FAMILY, INC.'S MOTION TO DISMISS AMENDED COMPLAINT, CROSS-CLAIM AND COUNTERCLAIM** |
| WOODHOUSE AUTO FAMILY, INC.; HUBER CHEVROLET, INC.; HUBER CADILLAC, INC.; YABA, LLC; and NBC PROPERTIES, LLC | |
| Defendants. | |

COMES NOW Defendant Woodhouse Auto Family, Inc. ("Woodhouse") and, pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss the First Amended Complaint for Declaratory Judgment filed by Plaintiff General Motors LLC ("General Motors") and the Cross-Claim and Counterclaim filed by Huber Chevrolet Co., Inc.; Huber Cadillac, Inc.; YABA, LLC and NBC Properties, LLC (collectively, "Huber").

This case concerns the application of the Nebraska Motor Vehicle Industry Regulation Act to General Motor's exercise of a Right of First Refusal with respect to an Asset and Real Estate Purchase Agreement executed by and between Woodhouse and Huber. As Neb. Rev. Stat. § 60-1430 precludes the relief sought by both General Motors and Huber, the Amended Complaint, Cross-Claim and Counterclaim fail to state a claim upon which relief can be granted. For this reason, and as set forth fully in Woodhouse's Brief in Support of Motion to Dismiss filed concurrently herewith, Defendant Woodhouse Auto Family Inc. asks that the Court dismiss the Amended Complaint, Cross-Claim and Counterclaim, with prejudice, in their entirety.

Dated this 14th day of June, 2022.

WOODHOUSE AUTO FAMILY, INC., Defendant

By: */s/ Kristopher J. Covi*_____
    Kristopher J. Covi, #21462
    Gretchen L. McGill, #21726
    Dvorak Law Group, LLC
    9500 W. Dodge Rd., Ste. 100
    Omaha, NE  68114
    402-934-4770
    402-933-9630 (facsimile)
    kcovi@ddlawgroup.com
    gmcgill@ddlawgroup.com

Attorneys for Defendant Woodhouse Auto Family, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Corey R. Nevers
Mark T. Clouatre
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202

Patrick M. Flood
Matthew T. Payne
Pansing Hogan Ernst & Bachmann LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114

Robert W. Shively, Jr.
Shively Law Group PC LLO
4400 South 86th Street, Suite 100
Lincoln, NE 68526