IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>                 Plaintiff,<br><br>vs.<br><br>WOODHOUSE AUTO FAMILY, INC., HUBER CHEVROLET, INC., HUBER CADILLAC, INC., YABA, LLC, and NBC PROPERTIES, LLC,<br><br>                 Defendants. | 8:22CV157<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED:

1. Plaintiff General Motors LLC's claims for declaratory relief and defendant Huber Chevrolet, Inc.'s, Huber Cadillac Inc.'s, Yaba, LLC's, and NBC Properties, LLC's counterclaims for declaratory relief are hereby dismissed, with prejudice, the parties to bear their own costs.

2. Defendants/counterclaimants Huber Chevrolet, Inc.'s, and Huber Cadillac, Inc.'s, Yaba, LLC's, and NBC Properties, LLC's crossclaim for declaratory relief against defendant Woodhouse Auto Family, Inc., is hereby dismissed without prejudice, the parties to bear their own costs.

Dated this 14th day of February 2023.

                                                         BY THE COURT:

                                                         s/ Joseph F. Bataillon
                                                         Senior United States District Judge